JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE TREJO,<br><br>  Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY, Warden,<br><br>  Respondent. | Case No. CV 17-8529-CAS (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: July 22, 2020

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE